O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTIAN GUTIERREZ, | ) | CASE NO. CV 11-00650 PA (RZ) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| vs. | ) ) | |
| LINDA SANDERS, WARDEN, | ) ) | |
| Respondent. | ) ) | |

This matter came before the Court on the Petition of CHRISTIAN GUTIERREZ for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed for lack of subject matter jurisdiction.

DATED: July 12, 2011

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE